ANDREW N. CAMPBELL v. RANDVILLE CONSTRUCTION
CORPORATION.

March 25, 1980.

Petition for certification denied.

STANLEY R. SIMON v. GEORGENE SIMON.

March 25, 1980.

Petition for certification denied.

STANLEY R. SIMON v. GEORGENE SIMON.

March 25, 1980.

Cross–Petition for certification denied.